UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

TRACY EHMANN,

        Plaintiff,

Case No. 19-CV-1128

v.

OSHKOSH CORPORATION,

        Defendant.

**ORDER FOR APPROVAL OF SETTLEMENT
AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

On reading and filing the foregoing Joint Motion of the parties;

IT IS HEREBY ORDERED that the Settlement Agreement is approved and the case is dismissed with prejudice and without costs to either party.

Dated at Green Bay, Wisconsin this 27th day of April, 2020.

                                            s/ William C. Griesbach
                                            William C. Griesbach, District Judge
                                            United States District Court